ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| HOSPITAL AUXILIO MUTUO DE PUERTO RICO, INC. en representación de LILLIAM GARCÍA COLÓN<br><br>Peticionario<br><br>v.<br><br>DEPARTAMENTO DE LA FAMILIA<br><br>Recurrido | KLCE202500455 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Municipal de San Juan<br><br>Querella Núm.: SJL 121-2025-4853<br><br>Sobre: Ley 121-2019 |
|---|---|---|

Panel integrado por su presidente, el Juez Rodríguez Casillas, el Juez Marrero Guerrero, el Juez Campos Pérez y el Juez Sánchez Báez

Campos Pérez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 26 de junio de 2025.

Comparece la parte querellante y peticionaria, Hospital Español Auxilio Mutuo de Puerto Rico, por conducto de su representación legal. Presentó el 24 de junio de 2025 un escrito judicial intitulado *Moción en cumplimiento de Orden.* En éste, indicó que la adulta mayor que motivó la presente causa, Sra. Lilliam García Colón, fue ubicada el 12 de junio de 2025 en el hogar Villa Remanso de Paz, sito en Manatí, Puerto Rico. Por igual, el querellado y recurrido del título instó un *Escrito en cumplimiento de Resolución*, en el que confirmó que la ubicación de la adulta mayor en el aludido hogar estará subvencionada por el Departamento de la Familia.[1]

Por virtud de lo anterior, el compareciente solicitó el desistimiento del recurso de *certiorari* presentado el 25 de abril de 2025 ante este foro intermedio.[2] Atendida la petición, declaramos la

---

[1] Conforme se desprende del expediente, durante el trámite de la causa de autos, el Tribunal de Primera Instancia, Sala Municipal de San Juan, emitió una *Resolución y* Orden el 3 de junio de 2025, mediante la cual otorgó la custodia de emergencia de la adulta mayor al Departamento de la Familia y le ordenó ubicarla en un hogar que garantizara su seguridad.

[2] El peticionario instó, además, una *Moción en Auxilio de Jurisdicción*, la cual declaramos *No Ha Lugar* mediante nuestra *Resolución* de 29 de abril de 2025.

Número Identificador

SEN2025_____

misma *Ha Lugar*, al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 83 (A). En consecuencia, ordenamos el cierre y archivo del caso.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones